FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA    2014 MAY 21   A 11: 18

Alexandria Division

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:14MJ 256 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| SHAWN A. GEELEN, | ) | Court Date: May 23, 2014 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I - Class A Misdemeanor 2352294)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 12, 2014, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SHAWN A. GEELEN, did unlawfully, knowingly or intentionally possess a mixture and substance which contains a detectable amount of Suboxone, a Schedule II controlled substance.

(Violation of Title 21, United States Code, Section 844(a))

Respectfully Submitted,

Dana J. Boente
United States Attorney

Jeffrey M. Tharp
Special Assistant
United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed, postage prepaid, on this  21    day of May 2014 to:

Shawn A. Geelen
177 Laimer Ave
Bobtown, PA 15315

By: _____
Jeffrey M. Tharp
Special Assistant
United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Jeffrey.tharp@usdoj.gov