Petition for Action on Conditions of Pretrial Release
Page 1
PS 8 (02/10)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Shawn A. Geelen      Docket No. 1:14-mj-00256

### Petition for Action on Conditions of Pretrial Release

COMES NOW Rachael Meyer, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Shawn A. Geelen, who was placed under pretrial release supervision by the Honorable John F. Anderson sitting in the court at Alexandria, on May 27, 2014, under the following conditions:

1) Report to Pretrial Services as directed; and
2) Undergo substance abuse testing and/or treatment as directed by Pretrial Services.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On June 3, 2014, the defendant submitted a urine specimen that screened positive for cocaine, marijuana and suboxone. On June 9, 2014, and July 14, 2014, the defendant submitted urine specimens that screened positive for suboxone.

PRAYING THAT THE COURT WILL ORDER a summons be issued and the defendant be required to show cause why his conditions of release should not be revoked.

ORDER OF COURT

Considered and ordered this 18th day of July, 2014 and ordered filed and made a part of the records in the above case.

/s/ JFA
John F. Anderson
United States Magistrate Judge
U.S. Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 16, 2014

R. Meyer
Rachael Meyer
U.S. Probation Officer

Place: Alexandria